■ PATRICIA ROEBUCK, Respondent, v PETER WEIR, Appellant. — Orders, Family Court of the State of New York, New York County (Sara Schechter, J.), entered, respectively, on August 10, 1983 and on January 30, 1984, unanimously affirmed for the reasons stated by Schechter, J., without costs and without disbursements. Concur — Murphy, P. J., Ross, Carro, Lynch and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES FLYNN, Appellant. — Judgment, Supreme Court, New York County (Sheldon Levy, J.), rendered on March 30, 1984, unanimously affirmed. The case is remitted to said court for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur — Sullivan, J. P., Asch, Bloom, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN McGAULEY, Appellant. — Judgment, Supreme Court, Bronx County (Archie Gorfinkel, J.), rendered on April 25, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Asch, Bloom, Milonas and Ellerin, JJ.